UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:                                                    CHAPTER 13

    GREGORY W. CAGLIONE,

                                    CASE NO.: 25-22392-cgm

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

   **1. Name(s) of the appellant(s):**

   2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | X Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe)_____ | ☐ Trustee |
| | ☐ Other (describe)_____ |

**Part 2: Identify the subject of this appeal**

     1. Describe the judgment, order, or decree appealed from: ORDER DENYING MOTION TO AVOID LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING THE DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO SECTIONS 522(F) OF THE BANKRUPTCY CODE AND DECLARING THAT SUCH LIEN IS NULL AND VOID

     2. State the date on which the judgment, order, or decree was entered: September 18, 2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

   1.  Gregory W. Caglione                 Attorney: Anne Penachio, Esq.

.         Penachio Malara, LLP
          245 Main Street – Ste 450
          White Plains, NY 10601
          (914) 946-2889

2.  Thomas Frost                          399 Knollwood Road, Suite 102
    Chapter 13 Trustee                    White Plains, NY 10603

3.  KeyBank National Association          c/o Adam M. Brasky, Esq.
                                          1600 Liberty Building
                                          Buffalo, New York 14202

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

✓       Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign below**

Date:   09/26/2025

Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

                                                      CHAPTER 13

     GREGORY W. CAGLIONE,

                                                      CASE NO.: 25-22392-cgm

                          Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### ORDER DENYING MOTION TO AVOID LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(F) OF THE BANKRUPTCY CODE AND DECLARING THAT SUCH <u>LIEN IS NULL AND VOID</u>

Upon the motion, dated July 13, 2025 (the "Motion"), filed as Dkt No. 26, of Gregory W. Caglione, the debtor herein (the "Debtor") by his counsel, Penachio Malara, LLP, for an order (i) avoiding the judicial lien, described therein and herein, as impairing his homestead exemption pursuant to 11 U.S.C. § 522(f); and there being due and sufficient notice of the Motion as reflected in the Affidavit of Service filed as Dkt. No. 28; and there being no objections to the requested relief; and a hearing having been held on the merits of the Motion on September 10, 2025; and good and sufficient cause appearing, it is hereby

**ORDERED** that for the reasons stated on the record at the September 10, 2025 hearing, the Debtor's Motion is DENIED.



**Dated: September 18, 2025**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**

_____

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**