**Page 1**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 25-22392-cgm

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of:

GREGORY W. CAGLIONE,

      Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

           United States Bankruptcy Court

           300 Quarropas Street, Room 248

           White Plains, NY 10601

           September 10, 2025

           11:35 a.m.

B E F O R E :

HON. CECELIA G. MORRIS

U.S. BANKRUPTCY JUDGE

ECRO:  UNKNOWN

Page 2

HEARING re 1) Doc# 31; Notice of Hearing to consider the Motion toAvoid Lien of KeyBank National Association as impairing the Debtors Homestead Exemption filed by Anne J. Penachio on behalf of Gregory W. Caglione (related document(s)26) filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 9/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM)

HEARING re Doc. #26 Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Attachments: # 1 Exhibit A Appraisal # 2 Exhibit B Nationstar Proof of Claim No. 9 # 3 Exhibit C Key Bank Proof of Claim No. 6) (Penachio, Page: 53 Wednesday, September 10, 2025 Anne)

HEARING re 2) Confirmation Hearing

Transcribed by:  Sonya Ledanski Hyde

**Page 3**

A P P E A R A N C E S :


PENACHIO MALARA LLP

    Attorney for Debtor

    245 Mainstreet, Suite 450

    White Plains, NY 10601


BY:  ANNE J. PENACHIO


OFFICE OF CHAPTER 13 TRUSTEE THOMAS FROST

    Attorney for Chapter 13 Trustee

    399 Knollwood Road, Suite 102

    White Plains, NY 10603


BY:  THOMAS C. FROST

Page 4

P R O C E E D I N G S

THE COURT:  25-22392, Gregory Caglione.

MS. PENACHIO:  Good morning, Your Honor.  Your Honor, this is a hearing on the Debtor's application to strip off liens as impairing his homestead exemption.

THE COURT:  Yes.

MS. PENACHIO:  I was here earlier in the calendar and I heard the Court mention a deed and I did not annex a deed to the paperwork.  I apologize.  If there is an issue, I would just ask for a leave to amend.

THE COURT:  Okay, well let me just go ahead with this.

MS. PENACHIO:  Okay.

THE COURT:  The Debtor owns the property as the tenant by the entirety with his non-filing spouse.  Therefore, the full fair market value of the property, as of the petition date, is used for lien avoidance calculations.  Debtor's claims homestead exemption exceeds the maximum amount allowed under NY CPLR Section 5206(d).  Therefore, it must be reduced to $150,000 subtracting the mortgage, the homestead exemption.  Together they're $544,112.57 from the value of the property, $725,000, leaves $180,907.43 in equity.  Therefore, the judicial lien, the amount of $163,116.67, is intact in its entirety.  So, I have to deny your motion based, actually, on the calculation.

Page 5

Incorrectly applied a homestead exemption that exceeds the maximum under state law and incorrectly applies half of the Debtor's interest in the property instead of the full market value.  So, I am denying it.

MS. PENACHIO:  Okay.  Your Honor, may I just ask a question?  Was it reduced?  I'd like just to go over the math again.  It sounded like it's not entirely denied, but that --

THE COURT:  Your -- no, it's denied.

MS. PENACHIO:  It's -- okay.

THE COURT:  Your Debtor is entitled to an exemption of $150,000 because of how the property is held under New York law.  Since it's entitled to $150,000, he cannot take the full amount for the non-filing spouse.

MS. PENACHIO:  Right.  So, would he get -- would the lien be reduced by $150,000?

THE COURT:  No, no, no, no, no.

MS. PENACHIO:  Okay.  All right.

THE COURT:  Even if you've got one dollar, the lien is not reduced.

MS. PENACHIO:  Okay.

THE COURT:  If there's one dollar over, you cannot reduce the lien.

MS. PENACHIO:  That's under (indiscernible), though, Your Honor.

Page 6

THE COURT:  I'm telling you.

MS. PENACHIO:  okay.  Yeah, I -- no, I believe -- I take the Court's word for it.  I just have to go through it in my mind.  All right.

THE COURT:  Okay.  I'll let you go through it in your mind in your own time.

MS. PENACHIO:  Okay.  Thank you, Your Honor.

THE COURT:  25-07017, Baker vs. -- do I need to -- do I need an adjournment date on that case?

MR. FROST:  We do, for confirmation, Judge.  The Debtor is current.  It's not feasible.  We do need an amended plan to --

THE COURT:  11/5

MR. FROST:  -- do a Claim 6.

MS. PENACHIO:  Thank you, Your Honor.

MR. FROST:  Thank you.

(Whereupon these proceedings were concluded)

Page 7

**I N D E X**

**RULINGS**

| | Page | Line |
|---|---|---|
| Motion to avoid lien, denied | 5 | 4 |

**Page 8**

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  October 2, 2025

[09:00 - e]                                                                    Page 1

**0**

09:00   2:7

**1**

1   2:1,12
10   1:15 2:14
102   3:12
10601   1:13 3:6
10603   3:13
11/5   6:13
11501   8:23
11:35   1:16
12151   8:6
13   3:10,11
150,000   4:20
   5:12,13,16
163,116.67
   4:24
180,907.43
   4:22

**2**

2   2:12,17 8:25
2025   1:15 2:15
   8:25
245   3:5
248   1:12
25-07017   6:8
25-22392   1:3
   4:2
26   2:5,9

**3**

3   2:13
300   1:12 8:22
31   2:1
330   8:21
399   3:12

**4**

4   7:5
450   3:5

**5**

5   7:5
5206   4:19
53   2:14
544,112.57
   4:21

**6**

6   2:14 6:14

**7**

725,000   4:22

**9**

9   2:13
9/10/2025   2:6

**a**

a.m.   1:16
accurate   8:4
actually   4:25
adjournment
   6:9
ahead   4:11
allowed   4:19
amend   4:10
amended   6:12
amount   4:19
   4:23 5:14
anne   2:3,11,15
   3:8
annex   4:8
apologize   4:9
application   4:4
applied   5:1

applies   5:2
appraisal   2:12
association   2:2
   2:10
attachments
   2:12
attorney   3:4,11
avoid   2:9 7:5
avoidance   4:17

**b**

b   1:21 2:12
baker   6:8
bank   2:13
bankruptcy
   1:1,11,23 2:6
based   4:25
behalf   2:4,11
believe   6:2

**c**

c   2:13 3:1,15
   4:1 8:1,1
caglione   1:7
   2:4,11 4:2
calculation
   4:25
calculations
   4:17
calendar   4:7
case   1:3 6:9
cecelia   1:22
certified   8:3
cgm   1:3 2:7
chapter   3:10
   3:11
claim   2:13,14
   6:14

claims   4:18
clerk   2:5
concluded   6:17
confirmation
   2:17 6:10
consider   2:1
country   8:21
court   1:1,11
   2:5,6 4:2,6,8
   4:11,14 5:9,11
   5:17,19,22 6:1
   6:5,8,13
court's   6:3
cplr   4:19
current   6:11

**d**

d   4:1,19 7:1
date   4:17 6:9
   8:25
debtor   1:9 3:4
   4:14 5:11 6:11
debtor's   2:10
   4:4,18 5:3
debtors   2:3
deed   4:8,9
denied   5:7,9
   7:5
deny   4:24
denying   5:4
district   1:2
doc   2:1,9
document   2:5
dollar   5:19,22

**e**

e   1:21,21 3:1,1
   4:1,1 7:1 8:1

**[earlier - r]**                                                                                    Page 2

| | | | |
|---|---|---|---|
| **earlier** 4:7 | **hearing** 2:1,1,6 | **legal** 8:20 | **o** |
| **ecro** 1:25 | 2:9,17,17 4:4 | **lien** 2:2,9 4:17 | **o** 1:21 4:1 8:1 |
| **entirely** 5:7 | **held** 2:6 5:12 | 4:23 5:16,20 | **october** 8:25 |
| **entirety** 4:15 | **homestead** 2:3 | 5:23 7:5 | **office** 3:10 |
| 4:24 | 2:10 4:5,18,21 | **liens** 4:5 | **okay** 4:11,13 |
| **entitled** 5:11 | 5:1 | **line** 7:4 | 5:5,10,18,21 |
| 5:13 | **hon** 1:22 | **llp** 3:3 | 6:2,5,7 |
| **equity** 4:23 | **honor** 4:3,4 5:5 | **m** | **old** 8:21 |
| **exceeds** 4:18 | 5:25 6:7,15 | **mainstreet** 3:5 | **own** 6:6 |
| 5:1 | **hyde** 2:25 8:3,8 | **malara** 3:3 | **owns** 4:14 |
| **exemption** 2:3 | **i** | **market** 4:16 | **p** |
| 2:10 4:5,18,21 | **impairing** 2:3 | 5:3 | **p** 3:1,1 4:1 |
| 5:1,12 | 2:10 4:5 | **math** 5:7 | **page** 2:14 7:4 |
| **exhibit** 2:12,12 | **incorrectly** 5:1 | **matter** 1:5 | **paperwork** 4:9 |
| 2:13 | 5:2 | **maximum** 4:18 | **penachio** 2:4 |
| **f** | **indiscernible** | 5:2 | 2:11,14 3:3,8 |
| **f** 1:21 8:1 | 5:24 | **mention** 4:8 | 4:3,7,13 5:5,10 |
| **fair** 4:16 | **intact** 4:24 | **mind** 6:4,6 | 5:15,18,21,24 |
| **feasible** 6:11 | **interest** 5:3 | **mineola** 8:23 | 6:2,7,15 |
| **filed** 2:3,5,11 | **issue** 4:9 | **morning** 4:3 | **petition** 4:17 |
| **filing** 4:15 5:14 | **j** | **morris** 1:22 | **plains** 1:13 3:6 |
| **foregoing** 8:3 | **j** 2:3,11 3:8 | **mortgage** 4:20 | 3:13 |
| **frost** 3:10,15 | **judge** 1:23 | **motion** 2:2,9 | **plan** 6:12 |
| 6:10,14,16 | 6:10 | 4:25 7:5 | **proceedings** |
| **full** 4:16 5:3,14 | **judicial** 4:23 | **n** | 6:17 8:4 |
| **g** | **k** | **n** 3:1 4:1 7:1 | **proof** 2:13,13 |
| **g** 1:22 4:1 | **key** 2:13 | 8:1 | **property** 4:14 |
| **go** 4:11 5:6 6:3 | **keybank** 2:2,9 | **national** 2:2,9 | 4:16,22 5:3,12 |
| 6:5 | **knollwood** | **nationstar** | **q** |
| **good** 4:3 | 3:12 | 2:13 | **quarropas** |
| **gregory** 1:7 2:4 | **l** | **need** 6:8,9,11 | 1:12 |
| 2:11 4:2 | **law** 5:2,13 | **new** 1:2 5:13 | **question** 5:6 |
| **h** | **leave** 4:10 | **non** 4:15 5:14 | **r** |
| **half** 5:2 | **leaves** 4:22 | **notice** 2:1 | **r** 1:21 3:1 4:1 |
| **heard** 4:8 | **ledanski** 2:25 | **ny** 1:13 3:6,13 | 8:1 |
| | 8:3,8 | 4:19 8:23 | |

[record - zoomgov]    Page 3

| | | |
|---|---|---|
| **record** 8:4 | **take** 5:14 6:3 | **word** 6:3 |
| **reduce** 5:23 | **telling** 6:1 | **x** |
| **reduced** 4:20 5:6,16,20 | **tenant** 4:15 | **x** 1:4,10 7:1 |
| **related** 2:4 | **thank** 6:7,15 6:16 | **y** |
| **right** 5:15,18 6:4 | **thomas** 3:10,15 | **yeah** 6:2 |
| **road** 3:12 8:21 | **time** 6:6 | **york** 1:2 5:13 |
| **room** 1:12 | **toavoid** 2:2 | **z** |
| **rulings** 7:3 | **together** 4:21 | **zoomgov** 2:7 |
| **s** | **transcribed** 2:25 | |
| **s** 2:5 3:1 4:1 | **transcript** 8:4 | |
| **sdny** 2:6 | **true** 8:4 | |
| **section** 4:19 | **trustee** 3:10,11 | |
| **september** 1:15 2:14 | **u** | |
| **signature** 8:6 | **u.s.** 1:23 | |
| **solutions** 8:20 | **under** 4:19 5:2 5:13,24 | |
| **sonya** 2:25 8:3 8:8 | **united** 1:1,11 2:5 | |
| **sounded** 5:7 | **unknown** 1:25 | |
| **southern** 1:2 | **used** 4:17 | |
| **spouse** 4:15 5:14 | **v** | |
| **state** 5:2 | **value** 4:16,22 5:4 | |
| **states** 1:1,11 2:5 | **veritext** 8:20 | |
| **street** 1:12 | **videoconfere...** 2:7 | |
| **strip** 4:5 | **vs** 6:8 | |
| **subtracting** 4:20 | **w** | |
| **suite** 3:5,12 8:22 | **w** 1:7 2:4,11 | |
| **t** | **wednesday** 2:14 | |
| **t** 8:1,1 | **white** 1:13 3:6 3:13 | |