**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Gregory W. Caglione                     CASE NO.: 25−22392−dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  13
xxx−xx−8446

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 26, 2025, document number 34, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 25−cv−8182 assigned to the Honorable Philip M. Halpern.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: November 5, 2025                          Vito Genna
                                                 Clerk of the Court